**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **DANIEL ROBERT RUPERT,** | : | |
| Plaintiff, | : | Case No. 2:14-CV-1065 |
| v. | : | **JUDGE ALGENON L. MARBLEY** |
| **COMMISSIONER OF SOCIAL SECURITY** | : | Magistrate Judge Kemp |
| Defendant. | : | |

**ORDER**

This matter is before the Court on the United States Magistrate Judge's **Report and Recommendation.** (Doc. 17). On July 16, 2015, the Magistrate Judge issued the Report and Recommendation, recommending that the Plaintiff's statement of errors be overruled and that judgment be entered in favor of the Defendant. The parties were specifically advised of their right to object to this Report and Recommendation, and of the consequences of their failure to do so. No objection has been filed.

Since neither party has objected, and the deadline for such objections elapsed on July 30, 2015, this Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation. Accordingly, this action is **DISMISSED**. The Clerk shall enter final judgment.

**IT IS SO ORDERED.**

    s/ Algenon L. Marbley
**ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**

**DATED: September 3, 2015**